NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

05-1104

STATE OF LOUISIANA

VERSUS

DIALLO MCCOY

**********
APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 02-820
HONORABLE GERARD B. WATTIGNY, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy and Glenn B. Gremillion, Judges.

SENTENCE VACATED
AND REMANDED.

Hon. J. Phillip Haney
District Attorney
300 Iberia Street, Suite 200
New Iberia, LA 70560
(337) 369-4420
Counsel for Plaintiff/Appellee:
        State of Louisiana

**Jeffrey J. Trosclair**
**Assistant DA, 16th JDC**
**Courthouse, 5th Floor**
**Franklin, LA 70538**
**(337) 828-4100**
**Counsel for Plaintiff/Appellee:**
  **State of Louisiana**

**Richard Allen Spears**
**P. O. Box 11858**
**New Iberia, LA 70562-1858**
**(337) 367-1960**
**Counsel for Defendant/Appellant:**
  **Diallo McCoy**